# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROY KRICK,

    Plaintiff(s),

v.

QBE AMERICAS, INC.,

    Defendant(s).

Case No.: 2:19-cv-00804-GMN-NJK

**ORDER**

(Docket No. 24)

Pending before the Court is Plaintiff's motion for protective order. Docket No. 24. The motion was filed on an emergency basis. *See id.* Insufficient justification has been presented with respect to the request for emergency relief; therefore, the Court declines to give the motion expedited treatment. Instead, the motion will be briefed under the Court's briefing schedule for discovery motions. *See* Docket No. 12. As the Court experienced a power outage this week, the Court will allow a brief extension to its briefing schedule—a response is due no later than February 3, 2020, and any reply is due no later than February 5, 2020.

IT IS SO ORDERED.

Dated: January 31, 2020

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge