# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROY KRICK, <br>     Plaintiff, <br> v. <br> QBE AMERICAS, INC., <br>     Defendant. | Case No.: 2:19-cv-00804-GMN-NJK <br> **ORDER** <br> (Docket No. 24) |

On February 12, 2020, Plaintiff filed a notice of settlement in the instant case. Docket No. 31. Accordingly, Plaintiff's motion for protective order, Docket No. 24, is **DENIED** as moot.

IT IS SO ORDERED.

Dated: February 20, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE